UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-mj-2228-JJO

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JUAN RIBAS DOMENECH,

    Defendant.
_____/

## ORDER

The United States of America, having filed a second consent motion to continue preliminary examination and exclude time under the speedy trial act, and the Court finding good cause:

IT IS HEREBY ORDERED that the second consent motion to continue preliminary examination and exclude time under the Speedy Trial Act is granted. The preliminary examination is continued to May 18, 2020 and, in the interests of justice, outweighing the best interests of the public and the defendant in a speedy trial for the reasons stated in the consent motion, all time from and including April 3, 2020 through May 18, 2020 shall be excluded in computing the time within which an information or indictment must be filed pursuant to 18 U.S.C. § 3161(h).

**DONE IN CHAMBERS** in MIAMI, FLORIDA, this 26th day of March 2020.

LAUREN FLEISCHER LOUIS
UNITED STATES MAGISTRATE JUDGE